1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

JEREMIAH A. PORTER,

11

       Petitioner,

12

   v.

13

UNITED STATES OF AMERICA,

14

      Respondent.

Case No. C05-5448FDB

ORDER SETTING BRIEFING
SCHEDULE

15

    This is a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence.  The

16

Court sets the following briefing schedule:

17

    Respondent United States Answer is due no later than Monday, September 12, 2005;

18

    Petitioner's Reply, if any, is due no later than Monday, October 17, 2005.

19

    The Clerk shall note this cause of action on the Court's calendar for Friday, October 21,

20

2005.

21

    DATED this 12th  day of July, 2005.

22
23

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

24
25
26

ORDER - 1